# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 24, 2006

Clifford W. Taylor,
Chief Justice

130152

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

SC: 130152
COA: 265035
Oakland CC: 04-197841-FH

BARBARA MARY SZYMANSKI,
        Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the November 1, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 24, 2006

_____
Clerk

p0517